NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAMEVICE, INC.,**
*Plaintiff-Appellant*

**v.**

**NINTENDO CO., LTD., NINTENDO OF AMERICA, INC.,**
*Defendants-Appellees*

---

2024-1467

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-01942-RS, Judge Richard Seeborg.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, STARK, *Circuit Judges*,[1] and ANDREWS, *District Judge*.[2]

PER CURIAM.

# O R D E R

Gamevice, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

March 23, 2026
    Date

Jarrett B. Perlow
Clerk of Court

---

[1]  Circuit Judge Newman and Circuit Judge Cunningham did not participate.

[2]  Honorable Richard G. Andrews, District Judge, United States District Judge for the District of Delaware, sitting by designation, participated only in the decision on the petition for panel rehearing.